E-FILED
Friday, 05 November, 2004 11:46:19 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
NOV - 4 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 04-200 63 |
| | ) | |
| DAXTRELL D. ROBINSON, | ) | Title 21, United States Code, |
| | ) | Section 841(a)(1) & (b)(1)(A)(iii). |
| Defendants. | ) | |

## INDICTMENT

### COUNT 1

**THE GRAND JURY CHARGES:**

On or about October 7, 2004, in Vermilion County, in the Central District of Illinois,

**DAXTRELL D. ROBINSON,**

defendant herein, did knowingly possess fifty grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A)(iii).

A TRUE BILL.

S/Foreperson
FOREPERSON

s/Greg Harris

JAN PAUL MILLER
United States Attorney

ELM