E-FILED
Tuesday, 16 November, 2004  10:58:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**FILED**

**NOV 1 5 2004**

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 04-20063 |
| ) | |
| DAXTRELL ROBINSON, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

BAKU N. PATEL of DOYLE, LEHMAN & PATEL, P.C., hereby enters his appearance on behalf of the Defendant, DAXTRELL ROBINSON, in the above-entitled cause.

Respectfully submitted,
DOYLE, LEHMAN & PATEL, P.C.

By: *Baku N. Patel*
One of Said Attorneys

DOYLE, LEHMAN & PATEL, P.C.
ATTORNEYS AT LAW
1022 N Vermilion St.
P.O. Box 974
Danville, IL 61834-0974
217.446.3844
FAX 217.446.1734

## PROOF OF SERVICE

I, the undersigned, being first duly sworn on oath, depose and say that on this 15 day of Nov., 2004, I mailed a copy of the foregoing **Entry of Appearance** to:

> Assistant United States Attorney
> 201 S. Vine
> Urbana, IL 61801

_____ by placing said copy in an envelope properly addressed and stamped, mailed said envelope from a United States Post Office located in Danville, Illinois;

_____ by transmitting via facsimile; AND/OR

✓ by hand delivery.

_/s/ Sarah Richardson_

SUBSCRIBED AND SWORN to before me this 15th day of November, 2004.

_/s/ Darlene R B____
NOTARY PUBLIC

> Official Seal
> Darlene R Robles
> Notary Public State of Illinois
> My Commission Expires 07/15/08

DOYLE, LEHMAN & PATEL, P.C.
ATTORNEYS AT LAW
1022 N Vermilion St.
P.O. Box 974
Danville, IL 61834-0974
217.446.3844
FAX 217.446.1734