E-FILED
Tuesday, 16 November, 2004  01:42:53 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) |
| | ) CASE NO. **04-20063-001** |
| | ) |
| **DAXTRELL D. ROBINSON** | ) |
| Defendant | ) |

### SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:15 A.M.** on **DECEMBER 28, 2004** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **JANUARY 10, 2005,** before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 15th day of November, 2004.


                                                                      s/ David G. Bernthal
                                                                      DAVID G. BERNTHAL
                                                                       U.S. MAGISTRATE JUDGE

04-20063.schedo.wpd