E-FILED
Monday, 22 November, 2004   03:29:46 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR 04-20063-001 |
| DAXTRELL D. ROBINSON, | ) |
| Defendant. | ) |

## INFORMATION CONCERNING PRIOR CONVICTIONS

Pursuant to 21 U.S.C. § 851, the United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Eugene L. Miller, Assistant United States Attorney, respectfully notifies the Court that it intends to rely on the following prior convictions of defendant as a basis for an increased punishment in this case:

| Offense | Date of Conviction | Case No. | Court |
|---|---|---|---|
| Possession of a Controlled Substance | 11/16/2000 | 00 CF 110 | Vermilion County, Illinois |
| Possession of a Controlled Substance | 10/11/2002 | 02 CF 221 | Vermilion County, Illinois |

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/Eugene L. Miller
EUGENE L. MILLER
Assistant United States Attorney
United States Attorney

> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> 217/373-5875
> FAX: 217-373-5891
> eugene.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Baku Patel, Esq.
> Doyle, Lehman & Patel
> 1022 N. Vermilion Street
> P.O. Box 974
> Danville, Illinois 61834-0974

> s/Eugene L. Miller
> EUGENE L. MILLER
> Assistant United States Attorney
> United States Attorney
> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> 217/373-5875
> FAX: 217-373-5891
> eugene.miller@usdoj.gov