THE UNITED STATES OF AMERICA

VS

DAXTRELL ROBINSON



NO. 04-20063

FILED
JAN 26 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOTION FOR DISCOVERY
---------------------------------

NOW COMES THE DEFENDANT DAXTRELL ROBINSON , AND PURSUANT TO SUPREME COURT RULES 413 AND 415,HERBY MOVES FOR AN ORDER REQUIRING THE GOVERNMENT TO PROVIDE THE FOLLOWING:
    1.A COPY OF THE TRUE BILL OR INDICTMENT IN THIS CAUSE.
    2.A TRANSCRIPT OF ANY GRAND JURY PROCEEDINGS.
    3. THE NAMES AND LAST KNOWN ADDRESSES OF PERSONS THE GOVERNMENT INTENDS TO CALL AS WITNESSES, TOGETHER WITH THEIR RELEVANT WRITTEN OR RECORDED STATEMENTS,INCLUDING MEMORANDA REPORTING OR SUMMARIZING THEIR ORAL STATEMENTS,AND A RECORDOF ANY CRIMINAL CONVICTIONS OF SUCH WITNESSES KNOWN BY THE GOVERNMENT.
    4.COPIES OF ANY REPORTS,RESULTS,OR TESTIMONY,OF PHYSICAL OR MENTAL EXAMINATIONS,OR SCIENTIFIC TESTS,EXPERIMENTS OR COMPARISONS,AND ANY OTHER REPORTS OR STATEMENTS OF EXPERT WHICH THE GOVERNMENT HAS IN ITS POSSESSION OR CONTROL,INCLUDING BUT NOT LIMITED TO, STATEMENTS MADE BY THE DEFENDANT.
    5.ANY BOOKS,PAPERS,DOCUMENTS,PHOTOGRAPHS OR TANGIBLE OBJECTS THE GOVERNMENT INTENDS TO USE AS EVIDENCE.
    6.ANY INFORMATION TENDING TO NEGATE THE GUILT OF THE DEFENDANT, OR TO MITIGATE HIS PUNISHMENT OR SENTENCE SHOULD HE BE CONVICTED.

                  RESPECTFULLY SUBMITTED,

                  DAXTRELL ROBINSON