UNITED STATES OF AMERICA

VS

Criminal # 04-20063

DAXTRELL ROBINSON

FILED
JAN 26 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

INEFFECTIVE ASSITANCE OF COUNSEL

IN SUPPORT OF THIS PETITION, DEFENDANT STATES

1. PETIRIONER'S CONSTITUTIONAL RIGHTS HAS BEEN VIOLATED.
   A) IN THAT HIS ATTORNEY IS INEFFECTIVE ASST. OF COUNSEL WANTS HIM TO PLEA BARGIN INSTEAD OF HIM KEEPING HIS RIGHTS TO A TRIAL.

   B) WILL NOT ALLOW HIM A COPY OF HIS MOTION OF DISCOVERY.

   C.) PETITIONER'S STATES THAT HIS 14TH AMENDMENT RIGHTS ARE BEING VIOLATED.

AS ALWAYS, I REMAIN RESPECTFUL

SINCERLY

DAXTRELL ROBINSON