### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS (URBANA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | )<br>)<br>) |
| -vs- | )<br>) Case No. 04-CR-20063<br>) |
| DAXTRELL D. ROBINSON,<br>　　　　　Defendant. | )<br>)<br>) |

### MOTION TO WITHDRAW

　　　NOW COMES BAKU N. PATEL of DOYLE, LEHMAN & PATEL, P.C., attorney for the Defendant, DAXTRELL D. ROBINSON, and hereby moves to withdraw as counsel for the Defendant and in support of said Motion, states as follows:

　　　1.　　The Defendant and counsel have had a complete breakdown in communications.

　　　2.　　On January 26, 2005 the Defendant filed a Motion alleging ineffective assistance of counsel.

　　　3.　　Counsel can no longer adequately represent the Defendant in any future court proceedings.

　　　4.　　Counsel cannot continue providing adequate representation on behalf of the Defendant due to a complete breakdown of the attorney-client relationship.

　　　WHEREFORE, counsel for the Defendant respectfully requests the Court grant this Motion to Withdraw in the above entitled cause.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　Baku N. Patel
　　　　　　　　　　　　　　　　　Doyle, Lehman & Patel, P.C.


　　　　　　　　　　　　　　　　　s/ Baku N. Patel

## PROOF OF SERVICE

      I, the undersigned, being first duly sworn on oath, depose and say that on the _____ day of February, 2005, I mailed a copy of the foregoing **Motion to Withdraw** to:

>Eugene Miller, AUSA
>204 South Vine
>Urbana, IL 61801
>
>Daxtrell Robinson (via certified mail)
>1103 ½ N. Franklin
>Danville, IL 61832

_____    by placing said copy in an envelope properly addressed and stamped, mailed said envelope from a United States Post Office located in Danville, Illinois;

_____    by transmitting via facsimile; AND/OR

_____    by hand delivery.

                                                  _____

SUBSCRIBED AND SWORN to before me
this _____ day of _____ , 2005.

_____
NOTARY PUBLIC