**E-FILED**
Thursday, 10 February, 2005  03:53:14 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS (URBANA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>-vs-<br><br><br>DAXTRELL D. ROBINSON,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) **Case No. 04-CR-20063**<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2005, I presented the **Motion to Withdraw** by Baku N. Patel for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

　　Eugene Miller, AUSA
　　204 South Vine
　　Urbana, IL 61801

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

　　Daxtrell Robinson
　　1103 ½ N. Franklin
　　Danville, IL 61832

　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　s/Baku N. Patel
　　　　　　　　　　　　　　BAKU N. PATEL
　　　　　　　　　　　　　　Doyle, Lehman & Patel, P.C.
　　　　　　　　　　　　　　1022 N. Vermilion Street
　　　　　　　　　　　　　　P.O. Box 974
　　　　　　　　　　　　　　Danville, IL 61834-0974
　　　　　　　　　　　　　　(217) 446-3844