**E-FILED**
Thursday, 24 February, 2005  04:34:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs<br><br>DAXTRELL D. ROBINSON<br>1103 1/2 N. Franklin Street<br>Danville, IL 61832<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **WARRANT FOR ARREST**<br><br><br>CASE NO. 04-20063<br><br>**FILED**<br>FEB 24 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

RECEIVED 2005 FEB 22 P 1:08 US MARSHALS SERVICE CENTRAL ILLINOIS

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest DAXTRELL D. ROBINSON, and bring him forthwith to the nearest magistrate judge to answer a Petition for Action on Conditions of Pretrial Release charging him with violation of conditions of pretrial release in violation of Title 18, United States Code, Section 3148(b).

MICHAEL P. McCUSKEY
*Name of Issuing Officer*

CHIEF U.S. DISTRICT JUDGE
*Title of Issuing Officer*

s/Michael P. McCuskey
*Signature of Issuing Officer*

February 18, 2005    in Urbana, IL
*Date and Location*

**Bail fixed at NONE. To be determined at initial appearance.**

---

**RETURN**  Urbana, IL

This warrant was received and executed with the arrest of the above named defendant at _____

| Date Received 2-22-05 | Name of Arresting Officer Ken Bohac | Signature of Arresting Officer |
| Date of Arrest 2-18-05 | Title of Arresting Officer USMS | *[signature]* |