E-FILED
Friday, 11 March, 2005 11:20:41 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
|  | ) Case No. 04-20063 |
| **DAXTRELL D. ROBINSON,** | ) |
| **Defendant.** | ) |

## O R D E R

On January 21, 2005, Defendant Daxtrell D. Robinson entered a plea of guilty to Count I of the Indictment. The Court accepted the guilty plea and on the basis of that plea, found the Defendant guilty as charged. The Court ordered that Defendant's bond remain in effect. Subsequently, a Petition for Action on Conditions of Pretrial Release (#19) was filed. Defendant was taken into custody pursuant to an arrest warrant issued by Chief Judge Michael P. McCuskey. He appeared before Chief Judge McCuskey on February 18, 2005. An Order of Temporary Detention (#21) was entered and the matter was scheduled before the undersigned for hearing. The matter was continued on the Defendant's motion and ultimately called for hearing on March 4, 2005.

When the matter was called for hearing, the United States, pursuant to an understanding reached with the Defendant, withdrew the Petition for Action on Conditions of Pretrial Release. Defendant surrendered on his bond and waived a detention hearing. The Court determined that the surrender and waiver were knowing and voluntary.

The Defendant having surrendered and waived further hearing, the Court now orders that he be detained pending sentencing and remanded to the custody of the United States Marshal.

ENTER this 11th day of March, 2005.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE