RECEIVED
MAY 0 3 2005
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

April 2005

Dear Honorer Sir,

I am writing on behalf of my nephew Daxtrell Robinson. Daxtrell is not a bad person or never been violent againts a person. He always had a lack of understanding things well, But deep down he's a person always giving, caring about people. He were engage to Kathyw Williams the mother of his 3 Kids. he always spend a lots of time with his family. Daxtrell put self in with the wrong crowd. Sir, I uo thats only his fault. Your Honor Sir, I do repect which ever decison you make on Daxtrell. Please Sir, when you get ready to sentence him, would you please cosider on keeping him in Illinios or close to Illinois so we can suport him, and be albe to visit with his son's he can talk with them leting them no to choose what's good in life and don't take the wrong way.

Thank you Sir, for taking time out to read this letter

Bobbie Landfair