Dear honorer Sir,                    April 2005

I am writing on behalf of my nephew DanTrell Robinson. DanTrell is not a bad person or never been volient againts a person. He always had a lack of understanding thing well. But down he's a person always giving, careing person when a person was He were engage to KAThyn Williams. The mother of his 3 kids he always spend a lots of time with his family. DanTrell put his self in with the wrong crowd Sir. I no that's only his fault. Your honor, Sir I do repect which ever decison you make on DanTrell. Please Sir, when you get ready to senTence him. would you please consider Keeping him In Illinios or close to Illinois so we can suport him, and Albe to visit with his son's he can talk with them letting them No to choose what's good in life and don't take the wrong way.

RECEIVED
MAY 5 - 2005
U.S. MAGISTRATE
URBANA, ILLINOIS

Thank you Sir, for taking time out to read this loTTer    BoBBie Landfair

04-20063