E-FILED
Friday, 20 May, 2005   10:54:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Crim. No. 04-20063 |
| DAXTRELL D. ROBINSON, | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S COMMENTARY ON SENTENCING FACTORS**

Now comes the Defendant DAXTRELL D. ROBINSON by his attorney ROBERT A. ALVARADO and submits the following letters of support and commentary on sentencing factors:

Defendant has learned that the Government will propose that the Section 851 notice be amended to reflect only one prior felony drug conviction. If so, defendant will face a statutory sentencing range of 20 years to life imprisonment. Defendant asks the court to bear in mind the overriding principle of Section 3553(a) that the court's sentence be "sufficient, but not greater than necessary," to fulfill the goals of sentencing. Defendant contends that the minimum sentence of 20 years imprisonment would be more than sufficient to meet those goals.

Mr. Robinson is a relatively young man who suffers from a learning disability. He has not completed his first year in high school. Moreover, he faces enhanced penalties for two convictions for possession of a controlled substance–not delivery. He has two children with whom he has a close relationship. When incarcerated, he will not receive any disability payments that might be used to help with their support. Currently, the mother of the children depends on food stamps and financial assistance. Mr. Robinson offers the attached letters (and the letters already received directly by the court) in support of the minimum sentence in this case.

Respectfully submitted,

DAXTRELL D. ROBINSON, Defendant

s/ Robert A. Alvarado

ROBERT A. ALVARADO
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Eugene Miller, 201 S. Vine St., Suite 226, Urbana, IL 61802.

s/ Robert A. Alvarado
_____
ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org