Greetings: Your Honor, Friday, 20 May, 2005
My Name is Glenda R<!-- -->
I'am writing you concerning my son Daxtrell Robison, who will be coming in front of you, very soon.

First. I would like to say, I respect what ever Decision you make in this matter. but I am asking you and the court to please have mercy on my son

He was wrong for the things He has done, and the choices he has made.

and I Know this is how he feels. Daxtrell has had no positive leadership in his life, for his father died when he was 4 years of age,

and I myself got hooked on Drugs Soon after. So he had no one to push him the right way. "I Failed him"

on top of that, he has a learning Disability and other people took Advantage of him, meaning the people he got involed with.

He has never been a violent person he's been the Kind of person who

would help anyone who needed help,

He has two small children, Boys 4 and 5 years old who loves him and Depends on him, plus A Baby on the way.

I would like you to Also please consider Sending him some place close to his home town and state so we "his Family" can visit him when he gets There,

For we do not have much money, we are on a monthly income and have bad transportation. Your Honor,

So, please have mercy on my son, if not for me then for his children,

Thank You.

and I apprieciate you taking time to read this letter

Again thank you

his mother
Glenda Robinson

Dear your Honor Sir,

I am writing you on the behalf of Daxtrell Robison.

Daxtrell have three children and is also engaged to thier mother.

he has always been a part of thier life.

Daxtrell is not a violent person, he's always been caring about other people, he just fell in with the wrong croud and made the wrong decisions,

but I know he is the only one to blame.

Sir, I am asking if you would please have mercy on him? upon his sentencing by please letting him remain in Illinois, due to the fact that his family is on a monthly income and has no way of transportation to visit him. his sons needs thier father to show them the right way and to take the right passage way on thier life so as not to end up like him

Thank you for taking time on reading