RECEIVED E-FILED
Friday, 27 May, 2005 03:31:17 PM
Clerk, U.S. District Court, ILCD
MAY 2 6 2005

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

Honorable Judge McCusky my name is Katheryn Williams I am the mother of Dartell Robinson kids and this girlfriend for 7 years. Dartell Robinson comes up for sentecing on May 25th and that is the scariest day of all of our lives. I have not been so depressed like I have been these last 7 months. This has been the hardest time of my life because I know how of a good man and father he is. He has 2 lovely little boys name Datrell Robinson who is 6 and Datrell Robinson Jr who is 5 and which they love thier daddy very much. He has always been in thier lives once they was born. That's all they know is thier daddy that's all I know is Dartell. He has always looked out for this family there is nothing that he wouldn't do for us. He is a wonderful man who got caught up in the wrong atmosphere. If

-2-

Mr Robinson made the right role
model I do feel that he would
be on the right track. I truely
feel that if he get the right
person to show him how to
make it in this world he would
be next to perfect. Sir all he
really need is help. He was
screaming for help and noone
heard him until the end. When
it was to late. I wish I would
of heard I would of help but
he was always the strong one
he never wanted me to know
when there was problems. But I
wish he would of because I would
of help the best way I know. Sir
I love Mr. Robinson about his kids
love him alot that's all that
we need out of life is Daytrell.
Sir please understand since
7 months ago its been hard
for all of us. Its been really
hard on him. On May 15
Daytrell lost his little girl. That's
a daughter that he had and

-3-

never get to see. It's hurts me so I know it's killing him. In this year along Dec has lost 4 family members. That's hard on him. Judge McCusky there is things about our system that is real messed up and I don't understand. I know there is a war on Drugs. But what about a war on murders, child molesters and rapists. Why can someone take another person life rape a child and recieve test the shorter time than drug dealers. Most Drug Dealers get caught up in the wrong enviroment there trying to feed thier family. In this world you need money to make it and it's really hard when noone wants to hire you. I never made a misdemeanor before and I can't get a job. It really is hard out there air. If they would have more jobs believe me their would be least drugs dealers, because some of them don't like the game but it's there only income.

-4-

I'm not saying its right to sell
drugs. I'm saying society should
have more jobs so everyone can
earn money to feed their family.
Sir I know Dextrell Robinson going
to prison but how long is
what is killing us. I know he
will be gone for a long time I
just hope it nots so long that
his kids would be grown. Sir he
is to good of a father to be
snatch out of their lives for
a long time. Sir please give
him a second chance keep him
get on the right page please
Sir he truly deserve that.
We deserve a. Please look deep
down in your heart and
understand how wonderful he is.
          Sincerly
          Katheryn williams

Sir I would like to thank you for
taking the time out to read this
letter thanks again
          Katheryn    williams