IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ILLINOIS
URBANA DIVISION

January 8, 2008

From:  Daxtrell R. Robinson
       Reg. No.
       Federal Correctional Institution
       P.O. Box 1731
       Waseca, MN 56093

RECEIVED
FEB 0 6 2008
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

To:   Honorable Judge
      Michael P. McCuskey

Dear Judge McCuskey:

As has been noted in my case, I entered a plea of guilty for a "crack cocaine" conviction. In addition, the Government filed an information pursuant to 21 U.S.C. 851. As a result, my sentence was enhanced to a Statutory Sentencing Range of 20 years to life imprisonment, I received a sentence of twenty years.

Pursuant to the overriding principles of Section 3553(a), that the sentence be "sufficient, but not greater than necessary", to fulfill the goals of sentencing.

During the course of my sentencing, you openly stated that you felt that my sentence, in your opinion, was too harsh. You further stated, because of the sentencing laws, "your hands were tied".

As you are aware, because of my life long history of mental retardation, life has always been a struggle for me. Coupled with two children, in spite of my dilemma who were always close by my side, and very dear to me.

I was only able to complete a few months of my high school experience, and throughout my life, I received a disability check. This check was used in part to support myself, as well as my two children.

I know that I have made some bad decisions in my life, and I only have myself to blame. In the past, I have been influenced by the wrong people, who I unconditionally confided in.

The mother of my children is financially having ongoing problems, and often tells me how much my disability check helped her. As a result of my imprisonment, the disability payments have ceased.

I plan on acquiring a trade in the building trade industry upon my release. I am humbly appealing to you to reconsider my sentence, and I am open to any alternative that will physically re-connect me back with my family sooner.

Humbly Submitted,

*[signature: Daxtrell D Robinson]*

Daxtrell D. Robinson #
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Case No. CR04-20063-001