UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | CASE NO: 04-CR-20063 |
| DAXTRELL D. ROBINSON,<br>      Defendant. | ) ) ) | |

FILED
APR 1 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

NOTICE OF APPEAL

**Notice is hereby given,** that the defendant, Daxtrell D. Robinson, in pro se, is appealling the **O.R.D.E.R.** given by the District Court of the denial of his Motion pursuant to 18 U.S.C. § 3582(c)(2) in regard his eligibility to receive a sentence reduction.

The defendant contends that the court erroneously concluded that Amendment 706 does not apply to him because he has a Mandatory Minimum sentence as issued in the **ORDER** dated March 31, 2008. This Notice of Appeal is thus timely.

Respectfully Submitted,

04-08-08
Dated this 8th day of April

Daxtrell D. Robinson #14287-026
Federal Correctional Institution
P.O. Box 1731
Waseca, MN  56093