*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

E-FILED
Tuesday, 15 April, 2008   09:44:55 AM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:*                                                                    *Docket No.:*

*Division:*

**Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)**

*v.*

--------------------------------------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**              **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:*                                                                         *Name:*

*Firm:*                                                                           *Firm:*

*Address:*                                                                     *Address:*

*Phone:*                                                                        *Phone:*

--------------------------------------------------------------------------------------------------------------------------------

*Judge:*                                                                          *Nature of Suit Code:*

*Court Reporter:*                                                         *Date Filed in District Court:*

                                                                                       *Date of Judgment:*

                                                                                       *Date of Notice of Appeal:*

*Counsel:*   ___Appointed       ___Retained      ___Pro Se

*Fee Status:*     ___Paid       ___Due       ___IFP       ___IFP Pending       ___U.S.       ___Waived

*(Please mark only 1 item above)*

*Has Docketing Statement been filed with the District Court's Clerk's Office:*       ___Yes       ___No

*If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability:* ___granted; ___denied; ___pending

*If certificate of appealability was granted or denied, what is the date of the order:* _____

*If Defendant is in Federal custody, please provide United States Marshal number (USM#):* _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**