# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 16, 2008

To:  Pamela Robinson
     UNITED STATES DISTRICT COURT
     Central District of Illinois
     U.S. Courthouse
     Urbana 61802-3369

| No.: 08-1900 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>DAXTRELL D. ROBINSON,<br>Defendant - Appellant |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 2:04-cr-20063-MPM-DGB-1<br>Central District of Illinois<br>Court Reporter Lisa Cosimini<br>District Judge Michael McCuskey<br>Clerk/Agency Rep Pamela Robinson |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| CHOOSE THE TYPE OF DISMISSAL BELOW: | Circuit Rule 3(b) |
| WHAT IS THE STATUS OF THE RECORD? CHOOSE ONE OF THE FOLLOWING: | no record to be returned |

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

| Date: | Received by: |
|---|---|
| May 19, 2008 | s/V. Ball |

form name: **c7_Mandate** (form ID: **135**)



# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 16, 2008

| No.: 08-1900 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>DAXTRELL D. ROBINSON, Defendant - Appellant |
|---|---|

**Originating Case Information:**

District Court No: 2:04-cr-20063-MPM-DGB-1
Central District of Illinois
Court Reporter Lisa Cosimini
District Judge Michael McCuskey
Clerk/Agency Rep Pamela Robinson

This cause, docketed on April 15, 2008, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate** (form ID: **137**)

A True Copy:
Teste:

_[signature]_

Clerk of the United States
Court of Appeals for the
Seventh Circuit